**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JESSICA HARRIS,
an individual,

        Plaintiff,

v.

NATIONSTAR MORTGAGE, LLC,
a foreign limited liability company,

        Defendant.
_____/

Case No.: 8:13-cv-2610-EAK-EAJ

## JOINT NOTICE OF PENDING SETTLEMENT

**COME NOW** Plaintiff, JESSICA HARRIS (hereinafter, "Plaintiff") and NATIONSTAR MORTGAGE, LLC (hereinafter, "Defendant) (hereinafter collectively, "Parties") by and through the undersigned counsel pursuant to Middle District of Florida, Local Rule 3.08, and hereby submit this *Joint Notice of Settlement*. The Parties respectfully move the Court as follows:

1. The Parties have reached a conditional settlement with regard to all claims in this case, and the parties are presently drafting, finalizing, and executing a written confidential settlement agreement and release of liability.

2. As part of their settlement, the Parties agree to request that all dates and pre-trial deadlines pursuant to the Court's February 14, 2014 Case Management Order [Dkt. 23], October 20, 2014 Order Modifying Certain Deadlines [Dkt. 63], February 5, 2015 Order Granting Motion to Modify Certain Deadlines [Dkt. 72], and March 12, 2015 Order (Dkt. 80) be vacated and that this case be removed from the Court's trial calendar.

3. As part of their settlement, the Parties agree that the Verified Complaint shall be voluntarily dismissed with prejudice by the filing of a Joint Stipulation for Order of Dismissal

within sixty (60) days of this Notice, provided no motion for extension of time is filed. As part of their settlement, the Parties further agree that the to-be-filed Joint Stipulation for Order of Dismissal and the dismissal of this action will be and are contingent upon the Court's retention of jurisdiction to enforce the terms of the Confidential Settlement Agreement by and between the Parties. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

4.   As part of their settlement, the Parties agree that they each shall bear its own attorneys' fees and costs incurred in this action.

5.   As part of their settlement, the Parties agree that that they will request that the Court enter the Order attached hereto as Exhibit "A."

**WHEREFORE**, Plaintiff and Defendant respectfully request this Court, in light of the Parties' settlement and its terms, enter the Order attached hereto as Exhibit "A."

### 3.01(g) CERTIFICATION

Pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies that they have conferred with opposing counsel and each has no objection to the relief sought herein. Respectfully submitted this 15th day of April 2015.

Respectfully submitted,

| | |
|---|---|
| **LEAVENLAW** | **GREENBERG TRAURIG, P.A.** |
| /s/ *Aaron M. Swift* | /s/ *Linda Reck* |
| **Ian R. Leavengood, Esq., FBN 0010167** | **Michele Stocker, Esq**. **FBN 044105** |
| **LEAD TRIAL COUNSEL** | **Linda M. Reck, Esq. FBN 0669474** |
| **Aaron M. Swift, Esq. FBN 093088** | **Greenberg Traurig, P.A.** |
| **Greg. H. Lercher, Esq. FBN 0106991** | 401 East Las Olas Blvd. |
| Northeast Professional Center | Suite 2000 |
| 3900 First Street North, Suite 100 | Fort Lauderdale, FL 33301 |
| St. Petersburg, FL 33703 | Phone: (954) 768-8271 |
| Phone: (727) 327-3328 | Fax: (954) 759-5571 |
| Fax: (727) 327-3305 | stockerm@gtlaw.com |
| ileavengood@leavenlaw.com | reckl@gtlaw.com |
| aswift@leavenlaw.com | flservice@gtlaw.com |
| glercher@leavenlaw.com | *Attorneys for Defendant* |

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 15, 2015, a true and correct copy of the foregoing *Stipulation for Settlement and Joint Motion to Abate* has been filed with the Clerk of Court via the CM/ECF system, which will furnish an electronic copy to all counsel of record.

/s/ *Aaron M. Swift*
Attorney

FTL 110082380v3